UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FIFTH DIVISION

Mary A. Larsen,

Plaintiff,

v.

Miller-Dwan Medical Center, Inc.,

Defendant.

Court File Civ. No. 00-2017 (PAM/RLE)

**SETTLEMENT STIPULATION, ORDER FOR JUDGMENT, AND JUDGMENT**

## SETTLEMENT STIPULATION

The above named parties, by and through their respective attorneys, hereby stipulate that this case has been fully and finally compromised and settled, and they jointly move the Court to make the following Order.

Dated: December 3, 2001.

COPE & PETERSON, P.A.

By ____________________
H. Jeffrey Peterson
Attorney Id. #85959
415 South First Street
Virginia, MN 55792
(218) 749-4470 Telephone
(218) 749-4783 Fax

Douglas A. Hedin
Attorney Id. #43205
HEDIN & GOLDBERG, P.A.
2100 Stevens Avenue South
Minneapolis, MN 55404
(612) 871-5500 Telephone
(612) 871-1312 Fax
Attorneys for Plaintiff

DEC 10 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 10 2001
DEPUTY CLERK

Dated: December 3, 2001.

BROWN, ANDREW & SIGNORELLI, P.A.

By: [signature]

Thomas F. Andrew
Attorney Id. #2628
300 Alworth Building
Duluth, Minnesota 55802
(218) 722-1764 Telephone
(218) 722-6137 Fax
Attorneys for Defendant

**ORDER FOR JUDGMENT**

Pursuant to the foregoing Stipulation and all of the files and proceedings herein;

IT IS HEREBY ORDERED:

That Plaintiff's Complaint may be, and hereby is, dismissed with prejudice upon the merits and without costs, disbursements, or fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 10th day of December, 2001.

BY THE COURT:

[signature]

Paul A. Magnuson
U.S. District Court Judge

**JUDGMENT**

I hereby certify that the foregoing Order constitutes the Judgment of the Court.

Dated this _____ day of December, 2001.

U.S. DISTRICT COURT ADMINISTRATOR

By_______________________________